PS 42
(Rev. 7/93)

# United States District Court
### FOR THE
### Western District Of Pennsylvania



WESTERN DISTRICT OF PA.
RECEIVED
OCT 0 9 2009
U.S. PROBATION & PRETRIAL SERVICES OFFICE

| United States of America | ) | |
|---|---|---|
| vs. | ) | |
| Erik Podlesnik | ) | Case No. 0315 2:08CR00320-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Erik Podlesnik, have discussed with John Kuklar, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Rescind the Global Positioning System (GPS), condition of release. Electronic monitoring, and all other previously ordered conditions of release shall remain in effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/01/09      _____  10-1-09
Signature of Defendant    Date           Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                          10-1-09
Signature of Defense Counsel                                      Date

☑ The above modification of conditions of release is ordered, to be effective on  10/20/09 .
☐ The above modification of conditions of release is *not* ordered.

_____                                          10/20/09
Signature of Judicial Officer                                     Date