```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,   )
                            )
        v.                  ) Criminal No. 08-320
                            )
ERIK PODLESNIK,             )
      Defendant.            )

ORDER

AND NOW, this 5th day of November, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered September 3, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, December 18, 2009 at 10:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

                              BY THE COURT:

                              s/Gary L. Lancaster         ,J.
                              The Honorable Gary L. Lancaster,
                              Chief United States District Judge

cc:   Soo C. Song,
      Assistant United States Attorney

      Sally A. Frick, Esq.
      1601 Frick Building
      437 Grant Street
      Pittsburgh, PA 15219

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation