IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 08-320 |
| | ) | |
| ERIK PODLESNIK | ) | |
| | ) | |

ORDER OF CRIMINAL FORFEITURE
AGAINST ERIK PODLESNIK

AND NOW, this 25th day of Jan., 2010, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Erik Podlesnik ("Podlesnik") in the following property (the "Subject Property") are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 2253(a)(3): Western Digital hard drive, serial no. WMA6Y4442678, generic white computer tower.

2. This Order of Forfeiture Against Podlesnik is made part of the criminal judgment against Podlesnik and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate all third-party claims.

/s/ John Lancaster
_____ J.