PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs. Erik Podlesnik  　　　　　　　　　　Docket No.　　0315 2:08CR00320-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Erik Podlesnik, who was placed under pretrial release supervision by the Honorable Cathy Bissoon, sitting in the COURT at Pittsburgh, Pennsylvania, on the 21st day of August, 2008, under the following conditions:

- The defendant is to report to the U.S. Pretrail Services as directed.
- The defendant shall have no contact with minors
- Shall refrain from the possession of any illegal drugs.
- Shall submit to drug testing as directed by U.S. Pretrial Services.
- Shall participate in home detention with electronic monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**The defendant has failed to abide by the conditions of home detention with electronic monitoring as follows:**

On May 20, 2010, the defendant was to return home at 8:00 p.m. but failed to do so. As of this writing the defendant has failed to return to his residence and despite attempts to contact him and family members, the defendant's whereabouts is unknown.

PRAYING THAT THE COURT WILL ORDER THAT A Bench Warrant be issued for the defendant's arrest.

ORDER OF COURT

Considered and ordered this 26 day of May, 2010, and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　　May 21, 2010

_____
Mike DiBiasi
U.S. Pretrial Services/Probation Officer

Place　　Pittsburgh, Pennsylvania